IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGRAM SCHINDLER BETEILIGUNGSGESELLSCHAFT mbH, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civ. No. 09-072-SLR |
| ) CISCO SYSTEMS INC., ) ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 15th day of June, 2012, this matter having been stayed pending reexamination of the patents-in-suit and appeal to the United States Court of Appeals for the Federal Circuit;

IT IS ORDERED that the above-captioned case is **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the appeal has been resolved so that the case may be reopened and other appropriate action may be taken.

United States District Court